Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| **Lisa Smith** <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> **Elon Musk** <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No <br><br> FILED BY **avc** D.C. <br> JAN 09 2025 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - FT. LAUD. |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **Lisa Smith**
   Street Address: **501 NE 14th Ave Apt 203**
   City and County: **Hallandale Beach, Broward County**
   State and Zip Code: **FL, 33009**
   Telephone Number: **(786) 493-7375**
   E-mail Address: **Realestatehomesfl@gmail.com**

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    ELON MUSK
    Job or Title *(if known)*
    Street Address    10911 Chalon RD
    City and County    Los Angeles
    State and Zip Code    CA, 90077
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __LISA Smith__, is a citizen of the State of *(name)* __FLORIDA__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* __ELON MUSK__, is a citizen of the State of *(name)* __CALIFORNIA__. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Severe Assaults By Elon Musk**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/09/25

Signature of Plaintiff

Printed Name of Plaintiff: Lisa Smith
501 NE 14th Ave, Apt 203, Hallandale Beach, FL 33009

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

__Lisa Smith__

Plaintiff(s)

v.

__Elon Musk__

Defendant(s)

## Misuse of Technology By Elon Musk
(TITLE OF DOCUMENT)

I, __Lisa Smith__, plaintiff or defendant, in the above styled cause, have been experiencing strangest moments of life happening to me, my family and my sisters family members. We have been severely and lethally assaulted by Elon Musk with ROBOS, ROBOTS, technology, different kinds of radiation, pointed radiation and other for over 30 years. All of us have minor to severe brain damage, organs and other bodily damage from Elon Musks assaults by depletion, deletion, extraction, neurodata extraction and other, neurostimulation, cognitive clone and cognitive transfer, consciousness depletion and other, mind transfer from one biological brain to another, mind cloning, encoding, decoding, mind writing, copy versions, digital copy, digital twin brain, cloning and other. Several other individuals participated in such actions. Elon Musk took best "codes" from me and my family members including my sisters family members while leaving us lifeless. Elon Musk used our best "codes" and other of our personalities,

knowledge, abilities, characteristics and other for himself and for his personal and financial gain so as for his family members and others that he knows. After several reports have been filed Elon Musk is still pursuing and assaulting me and my family members including my sisters family while also taking neuroinformation, brain data, brain information and more from our lively selves. As I was informed I've lost more than 25 years of my life because of Elon Musks deadly assaults. Because of him I can not have children and have damage to my body. Elon Musk had been using different kinds of pointed radiation to severely assault me and my family including my sisters family. He had placed uranium in my mouth for me to be quiet while he is sexually assaulting me. He had placed his personal magma radiation in my body to hold me in place and to take my codes. Other radiation to hold me in place for me not to scream from pain. He had blocked my ability to shed tears for me not to cry he is violently assaulting me

### Certificate of Service

I __Lisa Smith__, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
__Lisa Smith__
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

__realestatehomesfl@gmail.com__
E-mail address

__(786) 493-7371__
Phone Number

Facsimile Number

__501 NE 14th Ave__
Street Address

__Hallandale Beach, FL, 33009__
City, State, Zip Code

in different ways. Elon Musk is using military missions, missions, military equipment and other to severely assault me and my family members including my sisters family on daily basis. Affiliations of Elon Musk and all of his family members and long distant once too so as all of his girlfriends, former wives and all of their families and affiliations severely assaulting us on daily basis. Our friends had been lethally assaulted too. Elon Musk is assaulting us with different kinds of military, missions and more. He made hundreds of copies of me and my sister similar to digital cloning and other. Elon Musk had been sexually assaulting me and my sister with different ROBO, ROBOTS, technology, military missions, remote controlling my sister and using all sorts of radiation so as other on us. He made my sisters body move involuntary, took shape and other. Elon Musks military missions, other missions and other is still present in mine, my family members and my sisters family members bodies that are almost lethally and lethally assaulting us every day for more than 35 years. Elon Musk used radiation and other on my sisters husband to take shape and completely control him and assault for more than 20 years and after lethally assaulting him in 2024. Elon Musks family members and affiliation participated in this. Elon Musk and his family members so as affiliations took my and my family members including my sisters family members "existences", abilities, powers and much more. Elon Musk had been assaulting me for numerous count of years and places that I've lived at to be in possession of my being that I was born with and take what is mine. He is assaulting me by taking my genome, particles, original creation and other against my own wishes. Elon Musk is doing it to my family members and my sisters family members too.